956

No. 898. APPLEMAN ET UX. *v.* UNITED STATES.' C. A. 7th Cir. Certiorari denied. *John Alan Appleman, pro se,* for petitioners. *Solicitor General Cox* and *Assistant Attorney General Oberdorfer* for the United States. ▮

No. 643. PIOCHE MINES CONSOLIDATED, INC., ET AL. *v.* DOLMAN, ET AL.; and

No. 808. DOLMAN ET AL. *v.* PIOCHE MINES CONSOLIDATED, INC., ET AL. C. A. 9th Cir. Motions of Katherine Hansbrough and Lawrence Rust Lee to strike unauthorized appearances and for other relief denied. Certiorari denied. Movants *pro se. Charles O. Bruce* for petitioners in No. 643 and respondents in No. 808. *Arthur H. Connolly, Jr.,* and *James Farraher* for respondents in No. 643. *George T. Davis* for petitioners in No. 808.

No. 140, Misc. WILLIAMS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox* for the United States.

No. 443, Misc. TUCKER *v.* CALIFORNIA DEPARTMENT OF CORRECTIONS ET AL. Sup. Ct. Cal. Certiorari denied. Petitioner *pro se. Thomas C. Lynch,* Attorney General of California, and *Edsel W. Haws* and *Raymond M. Momboisse,* Deputy Attorneys General, for respondents.

No. 500, Misc. AGNELLO *v.* PATE, WARDEN. C. A. 7th Cir. Certiorari denied. Petitioner *pro se. William G. Clark,* Attorney General of Illinois, for respondent.

No. 902, Misc. WILLIAMS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox* for the United States. ▮